**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| LOGAN ROWAN VOLPICELLI, | ) | 3:10-CV-0548-RCJ (RAM) |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING FULL** |
| | ) | ***IN FORMA PAUPERIS* STATUS** |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Plaintiff has complied with this court's order of September 10, 2010 (Doc. #3), and has filed the Affidavit requested by the court (Doc. #4).

**IT IS THEREFORE ORDERED** that the Application to Proceed *In Forma Pauperis* (Doc. #1) is **GRANTED**. The Clerk of the Court shall file the Complaint. The movant herein is permitted to maintain this action to conclusion without the necessity of prepayment of fees or costs or the giving of security therefor. This order granting *in forma pauperis* status shall not extend to the issuance of subpoenas at government expense.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall issue summons to Defendant(s) herein and deliver same to the U.S. Marshal for service. The Clerk shall send Plaintiff sufficient copies of the complaint and service of process forms (USM-285) for each Defendant. Plaintiff shall have twenty (20) days in which to furnish the U.S. Marshal the required forms USM-285. Within twenty (20) days after receiving from the U.S. Marshal a copy of the USM-285 form showing whether service has been accomplished, Plaintiff must file a notice with the court identifying which Defendants were served and which were not

served, if any. If Plaintiff wishes to have service again attempted on any unserved Defendant, then a motion must be filed with the court identifying the unserved Defendant(s) and specifying a more detailed name and/or address for said Defendant, or whether some other manner of service should be attempted. Plaintiff is reminded that, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, service must be accomplished within one hundred twenty (120) days of the date of this order.

**IT IS FURTHER ORDERED** that henceforth, Plaintiff shall serve upon Defendants or, if appearance has been entered by counsel, upon the attorney(s) a copy of every pleading, motion or other document submitted for consideration by the court. Plaintiff shall include with the original paper to be filed with the Clerk of the Court a certificate stating the date that a true and correct copy of the document was mailed to the Defendant(s) or counsel for a Defendant(s). The court may disregard any paper received by a District Judge or a Magistrate Judge which has not been filed with the Clerk of the Court, and any paper received by a District Judge, Magistrate Judge or Clerk of the Court which fails to include a certificate of service.

DATED: October 19, 2010.

_____
UNITED STATES MAGISTRATE JUDGE