AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*   DISTRICT OF   NEVADA

LOGAN R. VOLPICELLI,

    Plaintiff,      JUDGMENT IN A CIVIL CASE
V.

CASE NUMBER: **3:10-cv-00548-RCJ-RAM**

UNITED STATES OF AMERICA,

    Defendants.

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the Motion to Dismiss (ECF No. 12) is GRANTED and all other pending motions are DENIED as moot. Judgement is hereby entered in favor of the defendant and against plaintiff.

| July 6, 2011 | **LANCE S. WILSON** |
|---|---|
| | Clerk |
| | /s/ Katie Lynn Ogden |
| | Deputy Clerk |