CAROLINE D. CIRAOLO
Acting Assistant Attorney General

VIRGINIA CRONAN LOWE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6484
Facsimile:  (202) 307-0054
Virginiacronan.lowe@usdoj.gov

DANIEL G. BOGDEN
United States Attorney
*Of Counsel*

Attorneys for the United States of America

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LOGAN VOLPICELLI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | CIVIL No. 3:10-cv-00548-RCJ<br><br>STIPULATED MOTION TO RESET STATUS CONFERENCE FOR 1:30 P.M., JULY 6, 2015 AND REQUEST FOR TELEPHONIC APPEARANCE [and Proposed ORDER] |

　　　COMES NOW the United States of America and Logan Volpicelli, by and through their undersigned counsel, and stipulate as follows:

　　　1.　In a Minute Order entered on June 15, 2015, the Court set this matter for a status hearing on July 6, 2015 at 10:00 A.M.  Due to previously scheduled travel plans the

1

12838171.1

1  undersigned counsel for the United States is not able to appear at 10:00 A.M on July 6, 2015, and

2  respectfully requests that the status hearing be rescheduled for 1:30 P.M. on July 6, 2015.

3      2.  The undersigned counsel for Logan Volpicelli has no opposition to the change in time

4  for the status conference and is able to appear at 1:30 P.M. on July 6, 2015.

5      3. Due to previously scheduled travel plans, the undersigned counsel for the United

6  States also respectfully requests that she be allowed to appear by telephone at the status

7  conference.

8      Respectfully submitted this 22nd day of June, 2015.

| | |
|---|---|
| CAROLINE D. CIRAOLO<br>Acting Assistant Attorney General | ORRICK, HERRINGTON & SUTCLIFFE, LLP |
| */s/ Virginia Cronan Lowe*<br>VIRGINIA CRONAN LOWE<br>Trial Attorney, Tax Division<br>U.S. Department of Justice | */s/ Randy Luskey*<br>RANDY LUSKEY<br>KATHRYN G. MANTOAN<br>405 Howard Street<br>San Francisco, CA 94105<br>(415)773-5700<br>email:rluskey@orrick.com |
| DANIEL G. BOGDEN<br>United States Attorney<br>*Of Counsel* | Attorneys for Plaintiff |
| Attorneys for the United States of America | |

IT IS SO ORDERED.

_____
ROBERT C. JONES
United States District Judge

Date: June 23, 2015